# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

In Re:     SHERRI C CHATMAN         :      Case No: 16-52631

                                  :      CHAPTER 13

                                  :      Judge C KATHRYN PRESTON

## TRUSTEE'S MOTION TO DISMISS

Now comes Frank M. Pees, standing Chapter 13 Trustee herein, and moves this Court to dismiss this case pursuant to 11 U.S.C. §§1307(c), 521(b) and/or 109(h) for the reasons set forth below:

Debtor(s) failed to file the Credit Counseling certificate required by 11 U.S.C. §§109(h) and 521(b) and/or Debtor(s) filed a certification that indicates the Credit Counseling was not completed during the time period permitted.

Debtor(s) failed to file Schedules and/or Plan within fourteen (14) days of the petition date, in violation of Fed. R. Bankr. P. 1007(c) and 3015(b).

Wherefore, the Trustee requests that an order be entered dismissing this case, granting the Trustee leave to file his Final Report, and discharging the Trustee from his trust.

Respectfully submitted,

/s/ Frank M. Pees
Frank M. Pees
Chapter 13 Trustee
130 E. Wilson Bridge Road #200
Worthington, Ohio 43085-6300
(614)436-6700

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re:  SHERRI C CHATMAN | : | Case No: 16-52631 |
| | : | CHAPTER 13 |
| Debtor(s) | : | Judge C KATHRYN PRESTON |

## NOTICE OF MOTION TO DISMISS

The Chapter 13 Trustee has filed papers with the court to dismiss this case.

**Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the relief sought in the motion, then on or before **twenty-one (21) days from the date set forth in the certificate of service for the motion**, you must file with the court a response explaining your position by mailing your response by regular U.S. Mail to Clerk, U.S. Bankruptcy Court, 170 N. High Street, Columbus, OH 43215 OR your attorney must file a response using the court's ECF System.

The court must **receive** your response on or before the above date.

You must also send a copy of your response either by 1) the court's ECF System or 2) regular U.S. Mail to:

Frank M. Pees                                    United States Trustee
Chapter 13 Trustee                          170 N. High Street, #200
130 E. Wilson Bridge Road, #200    Columbus, OH 43215
Worthington, OH 43085

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief without further hearing or 1

**If a response is filed within the time provided above**, then a hearing will be held on July 08, 2016 at 1:30PM, at U.S. Bankruptcy Court 5th Floor, 170 N. High Street Courtroom C, Columbus, OH 43215.  If no response is filed within the time provided, **then no hearing will be held.**

Dated: Monday, May 9, 2016

SERVE ALL PARTIES

/s/ Frank M. Pees
Frank M. Pees
Chapter 13 Trustee
130 E. Wilson Bridge Road #200
Worthington, Ohio 43085-6300
(614)436-6700